# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>vs.<br><br>LYLE E. KINNAMAN,<br>LYNN A. KINNAMAN,<br>WELLS FARGO BANK WEST, N.A.,<br>Trustee, and<br>WELLS FARGO BANK, N.A.,<br><br>           Defendants. | 8:12CV160<br><br>ORDER |

This matter is before the court on the Suggestion in Bankruptcy (Filing No. 36) filed by the defendants Lyle E. Kinnaman and Lynn A. Kinnaman. These defendants state they filed a voluntary petition for bankruptcy in the U.S. Bankruptcy Court for the District of Nebraska, Case No. BK 16-41176. Accordingly, all further proceedings are stayed as against these parties in bankruptcy pursuant to NEGenR 1.5(a)(1).

**IT IS SO ORDERED**:

Dated this 2nd day of August, 2016.

                                                    BY THE COURT:

                                                    s/ Thomas D. Thalken<br>
                                                    United States Magistrate Judge